UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HOWARD JACK-BEY,

    Plaintiff,

v.                                                Case No. 2:13-cv-216
                                                  HON. ROBERT HOLMES BELL

UNKNOWN JANSSEN et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Howard Jack-Bey filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against several defendants. A bench trial is scheduled for March 14, 2016. The Case Management Order (CMO), issued by the Court on April 8, 2015, required Plaintiff to file his pretrial narrative statement by January 15, 2016. Plaintiff failed to file a Pretrial Narrative Statement as required by the CMO. In addition, Plaintiff failed to participate in the preparation of a proposed Final Pretrial Order, and failed to attend the scheduling conference/final pretrial conference set for February 17, 2016, as required by the CMO. Finally, Plaintiff failed to file a settlement letter as required by the CMO. Plaintiff has failed to comply with all of the requirements of the CMO.

It appears that Plaintiff was paroled from prison on August 6, 2015. Plaintiff has failed to keep this Court apprised of his current address. Furthermore, a review of the Court docket reflects that Plaintiff has failed to file any pleadings in this matter since August 11, 2014. It appears that Plaintiff has abandoned the prosecution of this case.

Therefore, it is recommended that Plaintiff's complaint be dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. *See Catz v. Chalker*, 142 F.3d 279, 286 (6th Cir. 1998); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991); *Buck v. U.S. Dept. of Agriculture*, 960 F.2d 603 (6th Cir. 1992).

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated: March 3, 2016

/s/ TIMOTHY P. GREELEY
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE