UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HOWARD JACK-BEY, JR.

    Plaintiff,

v.

LINDA TRIBLEY et al.,

    Defendants.
_____/

File No. 2:13-cv-216

HON. ROBERT HOLMES BELL

## ORDER

On March 3, 2016, United States Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R"), recommending that the action be dismissed for failure to prosecute (ECF No. 62). Plaintiff has not filed objections to the R&R. Plaintiff has not filed anything in this action since August 2014. Plaintiff has also failed to keep the Court apprised of his address.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 62) is **APPROVED** and **ADOPTED** as the opinion of this Court.

A judgment will be entered that is consistent with this order.

Dated: March 11, 2016             /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE